**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SOL3, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-255** |
| | : | |
| **INVERSAL INC., NEW ERA DEALS, LLC, MARC ROCA** | : | |

# ORDER

**AND NOW**, this 12th day of August 2026, upon considering defendants' motion for summary judgment (DI 30), plaintiff's opposition (DI 36), defendants' reply (DI 38), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for summary judgment (DI 30) is **GRANTED in part** and **DENIED in part**. We **dismiss** defendant Inversal Inc.

**MURPHY, J.**